## 2009 OK 84

### In re FEE SCHEDULE OF CERTIFIED SHORTHAND REPORTERS.

#### No. SCAD–2009–98.

Supreme Court of Oklahoma.

Nov. 17, 2009.

**Supreme Court Administrative Directive**

PURSUANT TO the provisions of 20 O.S. § 1506, the Court hereby approves and authorizes the following Fee Schedule for the State Board of Examiners of Certified Shorthand Reporters. This schedule shall become effective on January 1, 2010.

#### *FEE SCHEDULE*

| | |
|---|---|
| Examination Fee—Oklahoma Resident | $150.00 |
| Examination Fee—Non-resident | $200.00 |
| Application for Admission by Reciprocity | |
| • Qualified applicants may be enrolled without taking skills examinations | $200.00 |
| • Fee includes one Oklahoma Written Knowledge Test | |
| Annual Certificate Renewal Fee | |
| • Annual certificate renewal shall become effective on January 1, 2011 | $ 30.00 |
| Delinquent Payment Fee | |

| | |
|---|---|
| • Assessed for failure to renew certificate on or before February 15 | $100.00 |
| Continuing Education Penalty Fee | |
| • Assessed for failure to obtain the requisite number of continuing education hours on or before December 31 of the year in which they are required | $100.00 |
| Continuing Education Suspension Fee | |
| • Charged to any court reporter whose certificate has been suspended for failure to earn the required number of continuing education hours, to submit a completed compliance report, and/or to pay any applicable continuing education penalty fee on or before February 15 | $100.00 |
| Retired Status Reinstatement Fee | $100.00 |

Approved in Conference this 12th day of November, 2009.